ACCEPTED
03-14-00656-CR
6434266
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 5:25:00 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00656-CR

| | | | | |
|---|---|---|---|---|
| **RON EVERITTE FUSON** | § | **IN THE** | | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | | |
| **VS.** | § | **3rd COURT** | | 8/10/2015 5:25:00 PM |
| | § | | | JEFFREY D. KYLE<br>Clerk |
| **STATE OF TEXAS** | § | **OF APPEALS, Austin, Texas** | | |

## MOTION FOR LEAVE TO FILE LATE BRIEF AND TO EXTEND TIME TO FILE APPELLANT'S BRIEF (Brief Submitted With Motion)

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes RON EVERITTE FUSON Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief pursuant to Rule 38.6 (d) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     On August 10, 2015 this counsel filed Appellant's Motion to Extend Time to File Appellant's Brief.

2.     This case is on appeal from the 119TH$^{st}$ District Court of Tom Green County Texas.

3.     The case below was styled In the State vs. Ron Fuson and numbered B-12-0998- SB Appellant's Community Supervision was revoked and

1

Appellant was sentenced to 5 years in the institutional division of the Texas Department of Criminal Justice

5. Notice of appeal was given on October 14, 2014.

6. The clerk's record was filed on November 12, 2015; the reporter's record was filed on November 4, 2015.

8. Counsel is Appointed in this matter. Counsel recently discovered that due to an error in his office brief deadlines were inadvertently missed, Counsel has corrected the issue but it resulted in this brief being submitted late. Counsel now believes he has the issue corrected.

9. Counsel therefore requests this court extend the time for filing said Brief to 20 days from the current due date of June 22, 2015.

10. Six previous Extensions have been granted regarding this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
Nathan Butler Attorney at law
123 S. Washington
San Angelo, Texas 76901
Tel: (325) 653-2373

Fax: (325) 482-8064

By:/s/ **Nathan Butler**
        Nathan Butler
        State Bar No. 24006935
        Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on, August 10, 2015, a true and correct copy of the above

and foregoing document was served on the following by united states mail.

MEGAN WHITE
Assistant District Attorney
119TH District Court Tom Green County
124 W. Beauregard
San Angelo, Texas 76903

        /s/Nathan Butler
        Nathan Butler

STATE OF TEXAS                          §
                                        §
COUNTY OF Tom Green                      §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Nathan Butler, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Appellant's Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Nathan Butler
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on August 10, 2015, to certify which witness my hand and seal of office.



MELVA LANITA BUTLER
Notary Public, State of Texas
My Commission Expires
September 17, 2018

_____
Notary Public, State of Texas

4